[No. 23873-6-I. Division One. August 6, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE
RAYMOND KANE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88-1-05341-0, Liem E. Tuai, J., entered
March 29, 1989. *Affirmed in part* by unpublished opinion
per Pekelis, J., concurred in by Coleman, C.J., and Baker,
J.

[No. 24669-1-I. Division One. August 6, 1990.]

*In the Matter of the Estate of*
PHILLIP SLY.

JUNE SLY, *as Personal Representative, Respondent*, v.
C. IAN NELSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 86-2-15631-3, Janice Niemi, J. Pro Tem.,
entered July 28, 1989. *Reversed* by unpublished opinion per
Swanson, J., concurred in by Coleman, C.J., and Webster,
J.

[No. 24743-3-I. Division One. August 6, 1990.]

ELORA COLLINS, *Appellant*, v. THE CANAL RESTAURANT,
INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-11596-6, John M. Darrah, J., entered
July 24, 1989. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Grosse, A.C.J., and Webster, J.